IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DOUGLAS WAYNE DUDLEY, | ) | Civil Action No. 7:09-cv-00148 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DR. HEATWOLE, et al., | ) | By: Hon. Jackson L. Kiser |
|     Defendants. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's motion to amend the complaint is **GRANTED**; the complaint is **DISMISSED** for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1); and this action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 18th day of June, 2009.

/s/ Jackson L. Kiser
Senior United States District Judge

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
JUN 18 2009
JOHN F. CORCORAN, CLERK
BY: H. McDana
DEPUTY CLERK